FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2021

No. 04-21-00291-CV

**IN RE** Kayla **WALSER**

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVOM-21-0000015
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Lori I. Valenzuela, Justice

Relator has filed a petition for writ of mandamus and a motion for temporary relief. This court believes a serious question concerning the mandamus relief sought requires further consideration.  See Tex. R. App. P. 52.8(b).  The respondent and the real party in interest may file a response to the petition in this court no later than August 9, 2021.  Any such response must conform to Texas Rule of Appellate Procedure 52.4.  Relator's motion for temporary relief is GRANTED, and we order that the trial court's temporary orders are STAYED pending our disposition of relator's petition.

Furthermore, the mandamus record contains documents in which the full names of the children were not redacted as per Texas Rule of Appellate Procedure 9.9. See id. R. 9.9(c). We therefore ORDER that the appendix is STRICKEN and ORDER relator to file an amended appendix, appropriately redacted, by July 28, 2021.

It is so **ORDERED** July 23, 2021.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT